F. Carrera & Brother, Plaintiffs and Appellees, v. New York & Porto Rico Steamship Company, Defendant and Appellant.

Appeal from the District Court of Mayagüez in an Action for Damages.

Motion of the Appellees for Dismissal of the Appeal.

No. 1711.—Decided November 15, 1917.

Judicial Notice—Mail Service.—Although it is doubtful whether a court can take judicial notice of the existence of a regular mail service between two given places, this court can do so as between San Juan and Mayagüez, the

principal cities of two judicial districts situated on the line of the American Railroad and the latter being one of the means of transit of mail between San Juan and the United States.

The facts are stated in the opinion.

*Messrs. Charles Hartzell* and *Francisco Ramírez de Arellano* for the appellant.

*Mr. Angel A. Vázquez* for the appellees.

Mr. Justice Wolf delivered the opinion of the court.

This is a motion to dismiss the appeal. Among several other technical objections, which the court has examined and found unsound, the appellee maintains that the affidavit of service of the notice of appeal is defective inasmuch as it fails to state that there is a "regular" service of mails between San Juan and Mayagüez. Some of the authorities, as we indicated in the case of *Tettamauzi et al.* v. *Zeno,* 24 P. R. R. 53, show that the statutory requisites must be followed. It is dubious whether the court could take judicial notice of a regular service between any two given places, but as between San Juan and Mayagüez we do not hesitate to say that we can. The two points, both large cities, are on the line of the American Railroad, and Mayagüez is one of the means of transit of mail between San Juan and the United States. If any doubt remained, we would commit the absurdity of allowing the appellant to amend by stating positively what every intelligent person on the island knows, that there is such regular communication between the capitals of the two judicial districts.

The motion must be overruled.

*Motion overruled.*

Justices del Toro and Hutchison concurred.
Chief Justice Hernández and Justice Aldrey absent.